■■■■■ (118 So. 238)

### COMMISSIONERS' COURT OF WINSTON COUNTY v. John W. HANEY. (6 Div. 215.)

Supreme Court of Alabama. Oct. 4, 1928.

O. D. Street & Son, of Birmingham, for petitioners.
Arthur Fite, of Jasper, opposed.

BOULDIN, J. Petition of the Commissioners' Court of Winston County for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Com-

missioners' Court of Winston Co. v. Haney, 22 Ala. App. 571, 118 So. 237.

Writ denied.

All the Justices concur, except ANDERSON, C. J., who dissents; his view being that the act in question is violative of section 96 and subdivision 24 of section 104 of the Constitution.